UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-31525 |
| **David Henry Dewhurst, III** | § | |
| | § | (CHAPTER 7) |
| DEBTOR | § | |

### RESIGNATION OF TRUSTEE (NO ADMINISTRATION)

 I, Randy W. Williams, chapter 7 trustee, hereby resign as trustee of the above entitled and numbered proceeding.  I have neither received any property nor paid any money on account of this estate.

DATED: August 8, 2022

                   Respectfully submitted,

                   ***/s/ Randy W. Williams, Trustee***
                   Randy W. Williams, Trustee
                   Byman & Associates PLLC
                   7924 Broadway, Suite 104
                   Houston, TX 77002
                   281.884.9262 Phone
                   rww@bymanlaw.com

### CERTIFICATE OF REVIEW

 The United States Trustee has reviewed and approved the foregoing report for compliance with Title 11.

                   United States Trustee
                   Region 7


Dated: August 8, 2022      By: _____
                Assistant U.S. Trustee